UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WALTER TRUMBLE,

                Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security

                Defendant.

Case No. C09-5096FDB-KLS

ORDER GRANTING DEFENDANT'S MOTION TO REDACT THE ADMINISTRATIVE RECORD

This matter comes before the Court on defendant's filing of a motion to redact from the administrative record in this case, page 39DD, which pertains to and contains information that concerns an individual other than plaintiff. (Dkt. #19). Plaintiff has not filed any response or objection to defendant's motion.

Accordingly, defendant's motion to redact the administrative record (Dkt. #19) hereby is GRANTED. The Clerk is directed to remove page 39DD from the copy of the administrative record filed with the Court in this case, and to replace that page with a page stating as follows: "Page 39DD has been removed by order of United States Magistrate Judge Karen L. Strombom, because it pertains to and contains information concerning an individual other than the claimant for Social Security benefits who is the subject of this case." In addition, all copies of page 39DD in the possession of plaintiff, his attorney, the Assistant United States Attorney, the Special Assistant U.S. Attorney/Assistant Regional Counsel, and the Clerk, shall not be disclosed to any

ORDER - 1

other individual or entity and shall be destroyed. Inclusion of page 39DD in the administrative record, furthermore, shall not be a basis for any claimed error in this case.

The Clerk is directed to send a copy of this order to counsel for plaintiff and counsel for defendant.

DATED this 20th day of October, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2