UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WALTER E. TRUMBLE,<br><br>                      Plaintiff,<br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>                      Defendant. | Case No. C09-5096 RJB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING PLAINTIFF'S CLAIM FOR DISABILITY BENEFITS |

      The Magistrate Judge recommends that the Court should conclude that Walter E. Trunble was properly denied social security benefits because application of the proper legal standard and substantial evidence support the Administrative Law Judge's (ALJ) finding that Plaintiff is not disabled.  Plaintiff has not filed objections to the Report and Recommendation.

      The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

      (1)    The Court adopts the Report and Recommendation;

      (2)    The administrative decision is AFFIRMED;

ORDER - 1

(3)  The Clerk is directed to send copies of this Order to Plaintiff's counsel, Defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 29th day of March, 2010.

*Robert J. Bryan* (signature)

ROBERT J. BRYAN
United States District Judge

ORDER - 2