# United States District Court

WESTERN DISTRICT OF WASHINGTON

WALTER E. TRUMBLE,

      v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5096 RJB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)    The Court adopts the Report and Recommendation; and

(2)    The administrative decision is AFFIRMED.

| March 30, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

          *s/ Mary Trent*
          Deputy Clerk